UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JENNIFER RODERICK**<br>    Plaintiff,<br><br>v.<br><br>**PORTFOLIO RECOVERY ASSOCIATES, INC.**<br>    Defendant, | Civil Action No.<br><br>1:14-cv-13182 |

## NOTICE OF DISMISSAL

    Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), the Plaintiff hereby voluntarily dismisses this action with prejudice and each party to bear their own costs and attorney fees.

                                        RESPECTFULLY SUBMITTED,

                                        Jennifer Roderick

                                        By her Attorney

Dated: September 5, 2014           <u>s/Kevin J. Buckley, Jr.,</u>
                                              Kevin J. Buckley, Jr., Esq.
                                              Attorney for Plaintiff
                                              NYND Bar # 516784
                                              Consumer Rights Law Firm, PLLC
                                              231 Sutton Street, Suite 1-A
                                              North Andover, MA 01845
                                              Telephone: (978) 212-3300
                                              Facsimile: (978) 409-1846
                                              attorneykevinb@consumerlawfirmcenter.com

## PROOF OF SERVICE

I hereby certify that on September 5, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

                                                                                     /s/ Kevin J. Buckley, Jr.